JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WINSTON SMITH, | Case No. CV 16-3910-GW(ASx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| CHAPTER 4 CORP., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 3, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE